446 A.2d 684

Horowitz, Appellant v. Horowitz.

■■■

Argued March 15, 1982. Richard S. Levine, for appellant;  Samuel F. Rizzo, for appellee.

Before SPAETH, JOHNSON and HOFFMAN, JJ.

The order of the lower court is hereby affirmed.